**Avery MASON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 85669.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 8, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 2005.

Edward Scott Thompson, St. Louis, MO,
for appellant.

Deborah Daniels, Jefferson City, MO,
for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., LAWRENCE E.
MOONEY, J., and BOOKER T. SHAW, J.

***ORDER***

PER CURIAM.

Avery Mason ("Movant") appeals the
judgment of the motion court denying his
Rule 29.15 post-conviction motion after an
evidentiary hearing. Movant was convict-
ed by a jury of first degree burglary,
Section 569.160 RSMo 2000, and two
counts of third degree assault, Section
565.070, RSMo 2000. Movant was sen-
tenced to twenty years' imprisonment on
the burglary charge and one year each on
the assault charges, with the sentences to
be served consecutively. We affirm.

We have reviewed the briefs of the par-
ties and the record on appeal and no error
of law appears. The trial court's judgment
was supported by substantial evidence on
the record. No precedential or jurispru-
dential purpose would be served by an
opinion reciting the detailed facts and re-
stating the general principles of law. The
parties have been furnished with a memo-
randum for their information only, setting
forth the reasons for this order affirming
the judgment pursuant to Rule 84.16(b).